**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIS R. BROWN, | ) NO. CV 11-1790-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SWARTHOUT, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  November 29, 2011

                                                                  _____
                                                                  CHRISTINA A. SNYDER
                                                                  UNITED STATES DISTRICT JUDGE